UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO.: 9:16-cv-81855-KAM

JANET HOYT,

    Plaintiff,

vs.

THE PEP BOYS-MANNY, MOE & JACK, INC.,
d/b/a PEP BOYS#194,

    Defendant,
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE WITHOUT COSTS OR FEES TO EITHER PARTY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, JANET HOYT, and Defendant, THE PEP BOYS-MANNY, MOE & JACK, INC. d/b/a PEP BOYS#194, ("Defendant") stipulate and agree to dismiss this case with prejudice, each side to bear her/its own fees and costs. Therefore, Plaintiff and Defendant respectfully request this Honorable Court dismiss this case with prejudice, with each party to bear its own fees and costs.

Dated this 27th day of June, 2017.

| | |
|---|---|
| By: s/ *Jason S. Weiss* | By: s/ *Jessica T. Travers* |
| Jason S. Weiss, Esq. | Jessica Travers, Esq. |
| Florida Bar No.: 356890 | Florida Bar No.: 0018129 |
| Email: Jason@jswlawyer.com | Email: jtravers@littler.com |
| **WEISS LAW GROUP, P.A**. | **LITTLER MENDELSON, P.C**. |
| 5531 N. University Drive | 333 SE 2nd Ave. |
| Suite 103 | Suite 2700 |
| Coral Springs, FL 33067 | Miami, FL 33131 |
| Telephone: (957) 573-2800 | Telephone: (305) 400-7500 |
| Facsimile: (954) 573-2798 | Facsimile: (305) 603-2552 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |