UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-cv-81855-KAM

JANET HOYT,

    Plaintiffs,

v.

THE PEP BOYS-MANNY, MOE & JACK, INC.,
d/b/a PEP BOYS #194,

    Defendant.
_____/

### ORDER

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice without Costs or Fees to Either Party (DE 10). This type of dismissal is self-executing and the Court is divested of jurisdiction. *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).

It is hereby **ORDERED AND ADJUDGED** that any pending motions are **DENIED AS MOOT** and that the Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 29th day of June, 2017.

_____
KENNETH A. MARRA
United States District Judge